Graceline Dress Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal In re Wanda Koletta, appellant. Gen. No. 29,725.

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,713, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.

---

Graceline Dress Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal In re Rose Printz, appellant. Gen. No. 29,726.

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,713, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.

---

Graceline Dress Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal In re Jennie Miller, appellant. Gen. No. 29,727.

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,713, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.

---

Graceline Dress Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal In re John Gottlieb, appellant. Gen. No. 29,728.

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,712, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.